**UNITED STATES of America,**
**Appellee,**

v.

**Robert Gary COLLETTE, Appellant.**

**No. 13134.**

United States Court of Appeals
Fourth Circuit.

Argued June 9, 1969.

Decided June 13, 1969.

Harry Cline, Gaffney, S. C. (Philip G. Carson, Asheville, N. C., court-appointed, on brief, for appellant.

William M. Styles, Asst. U. S. Atty. (William Medford, U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and WINTER and BUTZNER, Circuit Judges.

PER CURIAM:

Robert Gary Collette was convicted of transporting a stolen car from Texas to North Carolina, knowing it to have been stolen, in violation of 18 U.S.C. § 2312. Upon consideration of the record, briefs, and oral argument, we find no reversible error.

The judgment is affirmed.